STATE of Missouri, Respondent,

v.

John ZINDEL, Appellant.

No. 72464.

Missouri Court of Appeals,
Eastern District,
Division One.

June 9, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 28, 1998.

Application to Transfer Denied
Sept. 22, 1998.

Deborah B. Wafer, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Appellant, John Zindel, appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after a jury found him guilty of first degree murder, RSMo section 565.020,[1] and armed criminal action, RSMo section 571.015.

We have reviewed the briefs of the parties, the legal file, and transcript. As an extended opinion would serve no jurisprudential pur-

pose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).